IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 22-CR-1 (EGS) |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| DANIEL SHAW, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Daniel Shaw, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Daniel Shaw's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Daniel Shaw, lives in Santa Rosa, California. Defendant traveled from California to Washington, D.C., via automobile, with his minor son and arrived in Washington, D.C. on January 5, 2021. Defendant traveled to Washington, D.C., in connection to the November 2020 election results.

9. On January 5, 2021, defendant stood outside of the U.S. Capitol, with his minor aged son, and told a reporter that he drove all the way from California for "this" and asked, "where is our America?" On the same day, Kenneth Reda drove up from Florida and stayed with the defendant and his son in a shared hotel room.

10. On January 6, 2021, the defendant, his minor son, and Kenneth Reda went to the Ellipse and attended the "Stop the Steal" rally. Thereafter, they walked to the U.S. Capitol. When they arrived at the Capitol, a crowd was already present. The defendant, his minor son, and

Kenneth Reda proceeded to the east side of the Capitol, and the defendant had to walk over a bike rack, which had been used by the U.S. Capitol Police to protect the U.S. Capitol and that had been knocked to the ground.

11. The defendant and his minor son entered the U.S. Capitol via the Rotunda Doors at approximately 3:02 p.m. and entered the Rotunda. During their entry, the alarm was sounding from inside of the Capitol and the glass embedded in the Rotunda Doors was shattered. While in the U.S. Capitol the defendant took photographs and videos with his cellular telephone. The defendant and his minor son exited and left the U.S. Capitol at approximately 3:16 p.m.

### *Elements of the Offense*

12. Daniel Shaw knowingly and voluntarily admits to all the elements of 40 §5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building. Specifically, defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that that he did not have permission to do so. Defendant further admits that while inside the Capitol, defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Maria Y. Fedor*
Maria Y. Fedor
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823

## DEFENDANT'S ACKNOWLEDGMENT

I, **DANIEL SHAW**, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9-14-22

**DANIEL SHAW**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 09/14/2022

ELISSE LAROUCHE
Attorney for Defendant