IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DANIEL SHAW,

Case No. 1-22-cr-00001-JEB

**DEFENDANT'S MOTION TO CORRECT AND AMEND JUDGMENT**

Defendant Daniel Shaw was sentenced on March 17, 2023 for one count of Parading, Demonstrating, or Picketing in a Capitol Building, a misdemeanor violation of 40 U.S.C. § 5104(e)(2)(G), 40 U.S.C. § 5109(b). The Court entered a judgment on March 22, 2023. Dkt. 40. Pursuant to Federal Rule of Criminal Procedure 36, Clerical Error, Mr. Shaw moves this Court to correct and amend the judgment to conform with the Court's oral pronouncement regarding probation conditions imposed.

First, at the hearing, the Court agreed with defense counsel that standard condition of supervision 7, requiring full time employment, should not be imposed because Mr. Shaw is permanently disabled. However, that condition is imposed in the judgment. Dkt. 40 at 5. The defense requests that this error be fixed and condition deleted.

Second, after argument from the parties at the sentencing hearing, the Court decided to modify standard condition 12 regarding whether the defendant "posed a risk to others." Rather than imposing the language of the standard condition, the Court stated the condition should be modified to read that if the probation officer believed the defendant posed a risk to another person, probation was to notify the Court for the Court to consider the issue and determine whether the defendant would need to notify the person about his potential risk. However, the standard condition, without the modification discussed by the Court was imposed. Dkt. 40 at 5. The defense requests this condition be corrected to conform with the Court's oral pronouncement.

Third, there was argument at the sentencing hearing regarding the proposed condition that Mr. Shaw not possess any firearms or ammunition. The defense objected to the imposition of the condition. The Court ordered that the government, because they moved for the condition, would need to file a brief justifying the condition and the defense could respond, before the Court would impose the condition prohibiting Mr. Shaw from possessing firearms. To date, the government has not filed any such briefing. The judgment, however, imposes the condition prohibiting Mr. Shaw from having a firearm or ammunition (Dkt. 40 at 5 and firearm restriction in special condition at 6). This is also inconsistent with the oral pronouncement and requires correction. The defense also requests the court impose a deadline by which the government must file any brief regarding this condition. The firearm condition should not be imposed while this issue remains pending.

| March 23, 2023 | JODI LINKER |
| --- | --- |
| Dated | Federal Public Defender |
|  | Northern District of California |
|  |  |
|  | /S |
|  | ELISSE LAROUCHE |
|  | Assistant Federal Public Defender |